1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANA DEMETRIUS BAIRFIELD,

11              Petitioner,                    2:06-cv-2370-GEB-DAD-P

12       vs.

13   SOLANO COUNTY SHERIFF
     DEPARTMENT,
14
                Respondent.            ORDER
15   _____/

16          Petitioner, an inmate confined in the Solano County Jail, has filed an application

17   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On November 2, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed November 2, 2006, are adopted in

3    full; and

4         2.  This action is dismissed without prejudice because it plainly appears from the

5    face of the habeas petition that petitioner is not entitled to federal habeas corpus relief.

6    Dated:  December 4, 2006

7

8    _____
     GARLAND E. BURRELL, JR.
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2